

FILED IN COURT OF APPEALS
12th Court of Appeals District

NOV 30 2015

TYLER TEXAS
PAM ESTES, CLERK

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**11/25/2015**                                                    **COA No. 12-14-00159-CR**
**Simmons, Brandon**        **Tr. Ct. No. 114-0139-10**                **PD-1042-15**

This is to serve notice to the court of appeals that this Court granted a motion for extension of time to file a petition for discretionary review until October 30, 2015. The time for filing the petition for discretionary review has expired.

Abel Acosta, Clerk

                    12TH COURT OF APPEALS CLERK
                    CATHY LUSK
                    1517 W. FRONT, ROOM 354
                    TYLER, TX  75701
                    * DELIVERED VIA E-MAIL *